UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No: 6:11-bk-11990-ABB
Chapter: 13

JOSE LUIS ROMERO
SANDRA GISELA TORRES (FORMERLY ROMERO)

_____Debtors._____/

## ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER ORDER DENYING MOTION FOR PAYMENT OF UNCLAIMED FUNDS (DOC 97)

This case came on for consideration on April 1, 2015 on a hearing on the Debtor's Motion to Reconsider Order Denying Motion for Payment of Unclaimed Funds filed by Sandra Gisela Torres ("Debtor") by and through her undersigned attorney (Doc. 97). After hearing oral arguments of Trustee's counsel and Debtor's Counsel, it is FOUND and ORDERED:

1. Debtor's Motion is GRANTED; and
2. The Clerk of Court shall pay the unclaimed funds in the amount of $ 11,328.60 to Sandra Gisela Torres at 719 Keith Court, St. Cloud, FL 34769.
3. All other orders that do not conflict with this order remain in full force and effect.

DONE AND ORDERED in Orlando Florida, on __April 8, 2015__.

ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Attorney Sultana L. Haque, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.